# EXHIBIT B



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Office of the Secretary
Washington, D.C. 20201

September 26th, 2025

Dear Jeanne M Marrazzo:

Pursuant to the U.S. Constitution, Article II, § 2, cl. 2, and 42 U.S.C. § 284(a), the Secretary of Health and Human Services has the authority to appoint Institute and Center Directors at the National Institutes of Health. Accordingly, in my capacity as Secretary, I have decided to terminate your appointment as the Director of the National Institute of Allergy and Infectious Disease. This termination is effective September 26th, 2025.

Thank you for your service.

Regards,

Robert F. Kennedy, Jr.